AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

STEVE BAUS, on behalf of himself and all others similarly situated,

*Plaintiff(s)*

v.

ALLSTATE INSURANCE COMPANY; THE HARDIN AGENCY, LLC; and NAVLAN PR LLC, a/k/a INBOUNDCD a/k/a CONSUMER INSURANCE ASSOCIATION,

*Defendant(s)*

Civil Action No. 2:26-cv-04337

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allstate Insurance Company
3100 Sanders Road
Northbrook, IL 60062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attn: Peter Schneider
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

K. Albert

Date: 11/18/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-04337

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

STEVE BAUS, on behalf of himself and all others similarly situated,

*Plaintiff(s)*

v.

ALLSTATE INSURANCE COMPANY; THE HARDIN AGENCY, LLC; and NAVLAN PR LLC, a/k/a INBOUNDCD a/k/a CONSUMER INSURANCE ASSOCIATION,

*Defendant(s)*

Civil Action No. 2:26-cv-04337

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Hardin Agency, LLC
c/o NCH Registered Agent
14900 Interurban Ave. South
Suite 271
Tukwila, WA 98168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attn: Peter Schneider
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/18/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-04337

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| STEVE BAUS, on behalf of himself and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>ALLSTATE INSURANCE COMPANY; THE HARDIN AGENCY, LLC; and NAVLAN PR LLC, a/k/a INBOUNDCD a/k/a CONSUMER INSURANCE ASSOCIATION,<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-04337 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Navlan PR LLC, a/k/a InboundCD aka Consumer Insurance Association
c/o Ryan Blackman
11 Golf View Drive
Dorado, PR 000646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attn: Peter Schneider
Northwest Debt Resolution, LLC
10900 NE 4th Street, Ste. 2300
Bellevue, WA 98004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

K. Albert

Date: 11/18/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-04337

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: